```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    JUDD BURSTEIN, P.C.,                              :
                                                      :
                             Plaintiff,               :
                                                      :
                   v.                                 :
                                                      :
    RAYMOND A. LONG, M.D.,                            :
                                                      :
                             Defendant.               :    15 Civ. 5295 (KPF)
                                                      :
------------------------------------------------------X    ORDER
                                                      :
    RAYMOND A. LONG, M.D.,                            :
                                                      :
                             Counterclaimant,         :
                                                      :
                   v.                                 :
                                                      :
    JUDD BURSTEIN, P.C., and JUDD                     :
    BURSTEIN, individually,                           :
                                                      :
                             Counter-Defendants.      :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 20, 2018

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth in the Court's Opinion filed under seal on September 20, 2018, Defendant's motion to dismiss is GRANTED in part and DENIED in part. The Clerk of Court is directed to terminate Docket Entry 93.

As some materials have previously been filed with certain limited categories of information redacted in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the parties are hereby directed to file a joint letter by October 12, 2018, suggesting redactions to the Opinion. Taking

the parties' suggestions into consideration, the Court will then file the redacted Opinion publicly.

SO ORDERED.

Dated: September 20, 2018
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge